```
 1  PAUL L. SEAVE
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```



FILED

AUG - 3 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

```
 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9                                        CR.S-00-377 WBS

10  UNITED STATES OF AMERICA,   )   CR. NO. S-
                                )
11              Plaintiff,      )   VIOLATIONS: 21 U.S.C. §§
                                )   841(d)(2) and 846 - Conspiracy
12  v.                          )   to Possess a Listed Chemical
                                )   With Knowledge and Reasonable
13  RAHEID S. HASSAN,           )   Cause to Believe It Would Be
    JAWAD HASAN MIQBEL,         )   Used to Manufacture a
14                              )   Controlled Substance;
                Defendants.     )   21 U.S.C. § 841(d)(2) -
15                              )   Possession of a Listed Chemical
                                )   With Knowledge and Reasonable
16                              )   Cause to Believe It Would Be
                                )   Used to Manufacture a
17                              )   Controlled Substance;
                                )   21 U.S.C. § 844 - Possession of
18                              )   Methamphetamine; 21 U.S.C.
                                )   § 844 - Possession of Marihuana
    _____)
19

20                      I N D I C T M E N T

21  COUNT ONE:   [21 U.S.C. §§ 846, 841(d)(2) - Conspiracy to Possess
                 a Listed Chemical With Knowledge and Reasonable
22               Cause to Believe It Would Be Used to Manufacture a
                 Controlled Substance]
23

24      The Grand Jury charges:  T H A T

25                  RAHEID S. HASSAN and
                    JAWAD HASAN MIQBEL,
26

27  defendants herein, beginning at a time unknown to the Grand Jury,

28  but not later than on or about April 1, 2000, and continuing
```

thereafter up to and including on or about April 3, 2000, in the County of San Joaquin, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire with each other and with divers other persons, both known and unknown to the Grand Jury, to possess approximately 120 cases of bottled tablets containing approximately 62.2 kilograms of pseudoephedrine, a List I chemical listed in Title 21, United States Code, Section 802, while knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(d)(2) and 846.

COUNT TWO: [21 U.S.C. § 841(d)(2) - Possession of a Listed Chemical With Knowledge and Reasonable Cause to Believe It Would Be Used to Manufacture a Controlled Substance]

The Grand Jury further charges: T H A T

RAHEID S. HASSAN and
JAWAD HASAN MIQBEL,

defendants herein, on or about April 2 and 3, 2000, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally possess approximately 120 cases of bottled tablets containing approximately 62.2 kilograms of pseudoephedrine, a List I chemical listed in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2) and Title 18, United States Code, Section 2.

1 | COUNT THREE: [21 U.S.C. § 844 - Possession of Methamphetamine]
2 | The Grand Jury further charges: T H A T
3 | JAWAD HASAN MIQBEL,
4 | defendant herein, on or about July 31, 2000, in the City of Lodi,
5 | County of San Joaquin, State and Eastern District of California, did
6 | knowingly and intentionally possess methamphetamine, a Schedule II
7 | controlled substance, in violation of Title 21, United States Code,
8 | Section 844.
9 | COUNT FOUR: [21 U.S.C. § 844 - Possession of Marihuana]
10 | The Grand Jury further charges: T H A T
11 | JAWAD HASAN MIQBEL,
12 | defendant herein, on or about July 31, 2000, in the City of Lodi,
13 | County of San Joaquin, State and Eastern District of California, did
14 | knowingly and intentionally possess marihuana, a Schedule I
15 | controlled substance, in violation of Title 21, United States Code,
16 | Section 844.

A TRUE BILL.

*/s/ Larry Dawson*
FOREPERSON

*/s/ Paul L. Seave*
PAUL L. SEAVE
United States Attorney

3

| | | |
|---|---|---|
| AO 257 (Rev. 10/95) | | PER 18 U.S.C 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

By: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

CT. 1 - Conspirac to Possess a Listed Chemical with knowledge and reasonable cause to believe it would be used to manufacture a controlled substance; CT. 2 - Possession of a Listed Chemical with knowledge and reasonable cause to believe it would be used to manufacture a controlled substance

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

DEFENDANT -- U.S. vs.

RAHEID S. HASSAN

Address: 504 School Street, Apt. 2  or  123 Walnut Ave., Apt. A
Lodi, CA                              Lodi, CA

Birth Date: 07/06/63   ☒ Male  ☐ Female   ☒ Alien (if applicable)

(Optional unless a juvenile)

Place of Offense: San Joaquin Co.

U.S.C. Citation: 21/841(d)(2), 846; 21/841(d)(2), 18/2

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADM.

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.: n/a

Name and Office of Person Furnishing information on THIS FORM: S/A Bernie Sabonis, DEA

☐ U.S. Att'y   ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SAMANTHA S. SPANGLER, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugivtive
3) ☐ Is on Bail or Realease from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date ▶

DATE OF ARREST ▶  Mo. / Day / Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶  Mo. / Day / Year

☐ This report amends AO 257 previously submitted

**CR.S-00-377 WBS**

ADDITIONAL INFORMATION OR COMMENTS

NO BAIL BENCH WARRANT TO ISSUE

| AO 257 (Rev. 10/95) | | | | | | | PER 18 U.S.C 3170 |
|---|---|---|---|---|---|---|---|

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

| By | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT | Name of District Court, and/or Judge Magistrate Location (city) |
|---|---|---|---|---|

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

CT. 1 - Conspiracy to Poss. listed chem. with knowledge and reasonable cause to believe it would be used to manuf. a controlled substance; CT. 2 - Poss. listed chem. w/iknowledge & reasonable cause to believe it would be used to manuf. a controlled substance; CT. 3 - Poss. of Meth.; CT. 4 - Poss. of Marihuana

- ☐ Petty
- ☐ Minor
- ☒ Misdemeanor
- ☒ Felony

**DEFENDANT -- U.S. vs.**

JAWAD HASAN MIQBEL

Address: 273 Dunsmir Drive, Lodi, CA

Birth Date: 11/20/75  ☒ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

**Place of Offense:** San Joaquin Co.

**U.S.C. Citation:** 21/841(d)(2), 846; 21/841(d)(2), 18/2; 21/844 (2 Counts)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADM.

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸
MAGISTRATE CASE NO. 00-189 GGH

Name and Office of Person Furnishing information on THIS FORM: S/A Bernie Sabonis, DEA

☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SAMANTHA S. SPANGLER, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Realease from (show District)
   E.D. of CA

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction  ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date ▸

DATE OF ARREST ▸  Mo. ___  Day ___  Year ___

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸  Mo. ___  Day ___  Year ___

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

CR.S-00-377 WBS

BAIL TO CONTINUE $80,000; ARRAIGNMENT 8/15/2000, AT 2:00 p.m.

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

RAHEID S. HASSAN, and
JAWAD HASAN MIQBEL,

## INDICTMENT

**VIOLATIONS:** 21 U.S.C. §§ 841(d)(2), 846 - Conspiracy to Possess a Listed Chemical with Knowledge and Reasonable Cause to Believe it Would be Used to Manufacture a Controlled Substance; 21 U.S.C. § 841(d)(2) - Possession of a Listed Chemical with Knowledge and Reasonable Cause to Believe It Would be Used to Manufacture a Controlled Substance; 21 U.S.C. § 844 - Possession of Methamphetamine; 21 U.S.C. § 844 - Possession of Marihuana

*A true bill,*

_____
                                                                    *Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 19* _____

_____
                                                                    *Clerk.*

*Bail,* $ *80,000 Secured by Real Property Previously Set As to Defendant Miqbel.*
*- Defendant Hussan - No Bail Pending Hearing.*

Dale A. Drozd