UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ~~Mag-00-0189 GGH~~ CR 00 377 |
| Plaintiff, | ) | |
| v. | ) | NOTICE TO DEFENDANT BEING RELEASED |
| Jawad Hasan Miqbel | ) | **FILED** |
| Defendant. | ) | AUG - 8 2000 CLERK U S DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |

A. You are advised that you are being released pursuant to the "Bail Reform Act of 1984".

B. <u>Conditions of Release</u>

You are further advised that your release is subject to the following conditions in addition to any conditions contained in your Bond form:

1. That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed.
2. That you shall advise the court and your attorney prior to any change in address.
3. That you shall not commit any offense in violation of federal, state or local law while on release in this case.
4. Travel Restriction: <u>Eastern District of California</u>
5. Other Special Conditions:
   _____ See Attached

C. <u>Advice of Penalties and Sanctions</u>
   You are further advised that:
1. It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release. or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for --
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both; or
   (4) a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, then the fine is not more than $100,000.

A term of imprisonment imposed for failure to appear or surrender shall be <u>consecutive</u> to the sentence of imprisonment for any other offense.

In addition, failure to appear may result in the forfeiture of any bail.

6

Original - Filed with Court

2. Conviction of an Offense Committed While on Release
Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:
   a. Not more than 10 years if the offense is a felony.
   b. Not more than one year if the offense is a misdemeanor.
3. Violation of Conditions of release
Violation of any condition of your release may also result in arrest by a law enforcement officer, the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and/or a fine.
4. Obstruction of Justice Crimes
   It is an additional crime to:
   (a) Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00.
   (b) Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C. §1510) Penalty: 5 years and/or $250,000.00.
   (c) Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and/or $250,000.
   (d) Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and/or $100,000.00
   (e) Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and/or $250,000.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____
DEFENDANT'S SIGNATURE

273 DUNSMUIR DR.
DEFENDANT'S STREET ADDRESS

LODI    CA    95240
CITY    STATE    ZIP

(209) 368-2165
AREA CODE    TELEPHONE NUMBER

(IF AN INTERPRETER IS USED)

I have translated into the _____ language the above conditions of release and Advice to Defendant and have been told by the defendant that he/she understands the conditions of release and advice.

_____
INTERPRETER

Rev. 11/1/86

# SPECIAL CONDITIONS OF RELEASE

RE: JAWAD HASAN MIQBEL
Doc. No. MAG 00-189 GGH

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to Eastern District of California without the prior consent of the Pretrial services Officer;

4. You shall reside at a residence approved by Pretrial Services and not change your residence without the prior approval of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications;

7. You shall submit to urinalysis as directed by the Pretrial Services Officer;

8. You shall seek and/or maintain employment; + provide PTS w/ access to his employment financial records.

9. You shall surrender your passport the Clerk, U. S. District Court.

10. Defendant to not possess more than 3gms of pseudoephedrine at any one time.

08-02-00