

ORIGINAL FILED
AUG 15 2000
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

UNITED STATES OF AMERICA,   CR. S- 00-377 WBS

    Plaintiff,   **ORDER RE: EXCLUDABLE TIME**

vs.

Jawadhasan M. pbel

    Defendant(s).

----ooOoo----

If the defense wishes a finding of excludable time under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) upon any of the grounds set forth in 18 U.S.C. § 3161(h)(8)(B)(i) (Local Code T1), § 3161(h)(8)(B)(ii) (Local Code T2), or § 3161(h)(8)(B)(iv) (Local Code T4), counsel for defendant shall prepare and file a written Request for Finding of Excludable Time. Such request shall set forth the dates from which and to which the finding of excludable time is requested, and shall be signed by both the defendant and defense counsel.

The request shall be accompanied by an Affidavit, signed by defense counsel, which shall set forth with particularity all facts which justify the requested finding.

Such statement of facts shall be in sufficient detail to support a finding which will withstand the strictest appellate scrutiny. See e.g. United States v. Lloyd, 125 F.3d 1263 (9th Cir. 1997); United States v. Engstrom, 7 F.3d 1423 (9th Cir. 1993); United States v. Perez-Reveles, 715 F.2d 1348 (9th Cir. 1983).

Such Request and Affidavit shall be prepared in advance and presented in open court at the time the request for the finding of excludable time is made.

DATED:_____

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE