## INTEROFFICE MEMORANDUM



**FILED**
MAY 16 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**TO:** Sally Hoover, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** Michael W. Vournas
United States Probation Officer

**DATE:** May 16, 2001

**SUBJECT:** Jawad MIQBEL
Docket Number: 2:00cr00377-02 WBS
JUDGMENT AND SENTENCING CONTINUANCE

---

The above matter is scheduled for judgment and sentencing on June 6, 2001. Based on the illness of the probation officer assigned to this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | June 27, 2001; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | June 20, 2001; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | June 13, 2001; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | May 29, 2001; |
| The proposed presentence report shall be disclosed to counsel no later than: | May 22, 2001. |

Reviewed by: _____
**Robert W. Storey**
Supervising United States Probation Officer

MWV:pb

cc: Samantha Spangler, Assistant United States Attorney
Timothy Zindel, Defense Counsel

36

Rev. 8/98
CONTJ&S.MRG