

**U.S. Department of Justice**

Federal Bureau of Prisons

Western Regional Office

_____

Dublin, California 94568
October 18, 2001

The Honorable William B. Shubb, Chief Judge
United States District Court
Eastern District of California
501 "I" Street, Room, 14-200
Sacramento, CA 95814

RE: MIQBEL, Jawad Hasan
Reg. No. 12580-097
Docket No. 2:00CR00377-02

**FILED**

OCT 2 2 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Dear Judge Shubb:

I am writing to provide designation information in response to the Court's recommendation that Mr. Jawad Hasan Miqbel be designated to a Bureau of Prisons facility in Atwater, California, or Lompoc, California, where he can participate in the Residential Drug Abuse Program (RDAP). Mr. Miqbel was sentenced in your Court to serve 36 months for Conspiracy to Possess A Listed Chemical Used to Manufacture Methamphetamine.

Mr. Miqbel has been classified as a minimum security level offender based on his current offense. Unfortunately, our minimum security level Bureau of Prisons facilities in Atwater, California, and Lompoc, California, do not offer the RDAP. Therefore, Mr. Miqbel has been designated to the Federal Prison Camp, Nellis Air Force Base, Las Vegas, Nevada, which is consistent with his Bureau of Prisons security classification and can offer Mr. Miqbel the RDAP as recommended by the Court.

I regret we are only able to partially comply with the Court's recommendation. Should you require additional information, please do not hesitate to call me at (925) 803-4737.

Sincerely,

ROBERT M. HARO
Regional Director

42