UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office


FILED
DEC 16 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## INTEROFFICE MEMORANDUM

**TO:** Sally Hoover, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** Richard W. Elkins
United States Probation Officer

**DATE:** December 15, 2004

**SUBJECT:** Jawad MIQBEL
Docket Number: 2:00CR00377-02
**REQUEST FOR CONTINUANCE**

This is to advise that all parties in this case are requesting this matter be placed on Your Honor's calendar on December 22, 2004, at 9:00 a.m. for sentencing pursuant to supervised release violations.

Reviewed by: _____ for JEG
JOE E. GLASPIE
Assistant Deputy Chief United States Probation Officer

RWE:RWE

cc: Samantha Spangler, Assistant United States Attorney
Timothy Zindel, Assistant Federal Defender

48

Rev. 11/98
CONT.REQ