MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RAHEID HASSAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:00-377 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| | ) |
| RAHEID HASSAN, | ) Requested date: 3-4-2024 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| ===============================) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney and Michael D. Long, attorney for defendant RAHEID HASSAN, that the status conference set for February 5, 2024, at 9:00 a.m. should be continued and re-set for March 4, 2024, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Hassan has arrived in Sacramento from Brazil.  Mr. Long must meet with Mr. Hassan about discovery and many other issues.  Defense counsel has received initial discovery from the government and we are discussing additional discovery requests.  The defense has also requested records from other entities.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on March 4, 2024.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through February 5, 2024.

All parties request the date of March 4, 2024, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to March 4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 31, 2024                              Respectfully submitted,

                                                      /s/ Michael D. Long
                                                      MICHAEL D. LONG
                                                      Attorney for Raheid S Hassan

Dated:  January 31, 2024                              PHIL TALBERT
                                                      Acting United States Attorney

                                                      /s/ Jason Hitt
                                                      JASON HITT
                                                      Assistant U.S. Attorney

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for March 4, 2024, at 9:00 a.m., before District Court Judge William B. Shubb.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new hearing date of March 4, 2024.

Dated:  January 31, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE