MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RAHEID HASSAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:00-cr-377 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE FOR RAHEID HASSAN |
| | ) |
| RAHEID HASSAN, | ) Requested status conference date: 6-3-2024 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ==============================) | |

STIPULATION REGARDING A NEW STATUS CONFERENCE DATE OF JUNE 3, 2024

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, and Michael D. Long, attorney for defendant RAHEID HASSAN, that the status conference set for May 13, 2024, at 9:00 a.m. should be continued and re-set for **June 3, 2024, at 9:00 a.m.**

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided over 200 pages of discovery. Mr. Long continues to read and view the discovery, investigate the case and meet with his client. Locating and obtaining documents from when the incidents allegedly happened in the year 2000 is proving to be quite difficult for the defense.

Mr. Hitt just finished a lengthy jury trial in KJM and Mr. Long finished a 5-week trial in Sacramento County Court last week. Since we finished our respective trials, we have been working on potential plea agreements. We believe we are close to reaching a mutually agreeable plea

-1-

agreement.  Counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  All parties are available to appear in this case on June 3, 2024.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time has already been excluded through May 13, 2024.

All parties request the date of June 3, 2024, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to June 3, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  May 6, 2024                                      Respectfully submitted,

                                                           /s/ Michael D. Long
                                                           MICHAEL D. LONG
                                                           Attorney for Raheid Hassan

Dated:  May 6, 2024                                      PHIL TALBERT
                                                           United States Attorney

                                                           /s/ Jason Hitt
                                                           JASON HITT
                                                           Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for **June 3, 2024, at 9:00 a.m.**, before District Court Judge William B. Shubb.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.§ 3161(h)(1)(D).  Time is excluded through the new hearing date of June 3. 2024.

Dated:  May 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE