**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Email: mike.long.law@msn.com

Attorney for Defendant
RAHEID HASSAN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAHEID HASSAN.<br><br>  Defendant | Case No.:  Cr.S-00-377 WBS<br><br>**REQUEST TO FILE UNDER SEAL SENTENCING MEMORANDUM EXHIBIT E**<br><br>**Judge:  William B. Shubb** |

**TO:  THE HONORABLE William B. Shubb, Judge of the United States District Court, Eastern District of California:**

Pursuant to Local Rule 141, undersigned counsel is requesting that Exhibit E, Mr. Hassan's medical records, be filed under seal.

The original copies of each of the Exhibit E, the medical records of Mr. Walton, will be provided to the Court and to AUSA Jason Hitt.

Dated:  September 23, 2024                     Respectfully submitted,

*Michael D. Long*
By: Michael D. Long
Attorney for Defendant
RAHEID HASSAN

**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Email: mike.long.law@msn.com

Attorney for Defendant
RAHEID HASSAN

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-00-377 WBS |
| Plaintiff, | **ORDER TO FILE UNDER SEAL EXHIBITS C, D AND E TO MOTION FOR COMPASSIONATE RELEASE** |
| vs. | |
| RAHEID HASSAN. | |
| Defendant | |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBIT E SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: September 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE